UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK DONAHUE                                                                    PLAINTIFF

v.                                                            CIVIL ACTION NO.  3:23-cv-3019-HTW-LGI

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER
AND JOHN AND JANE DOES 1-5                                                    DEFENDANT

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant University of Mississippi Medical Center (UMMC) removes the civil action styled *Derrick Donahue v. University of Mississippi Medical Center and John and Jane Does 1-5* from the Circuit Court of Hinds County, Mississippi to this Court on the following grounds:

1.      Plaintiff Derrick Donahue filed a Complaint against UMMC in the Circuit Court of Hinds County, Mississippi on August 25, 2023, which was assigned cause number 23-494. The certified state court record, which includes the Complaint, is attached as Exhibit A. Donahue served UMMC a copy of the Complaint and Summons through the Attorney General on September 25, 2023. (Service of Process Control Docket, Ex. A)

2.      Donahue is an adult resident citizen of Hinds, County, Mississippi, and he was employed by UMMC in Jackson, Mississippi.  (*Id*. at ¶¶ 6, 9)

3.      UMMC is a hospital organized and existing under the laws of the State of Mississippi, with its principal place of business in Jackson, Mississippi.

4.      Donahue alleges that he was treated differently and that his employment was terminated because he is African American. (Complaint ¶¶9-28, Ex. A) He claims

UMMC's actions violated Title VII of the Civil Rights Act of 1964, codified at 42 U.S.C. § 2000e *et seq.,* and 42 U.S.C. § 1981a. (Complaint at ¶¶29-35) He thus asserts claims that arise under the laws of the United States and are removable to this Court under 28 U.S.C. §§ 1331 and 1441, without regard to the citizenship of the parties or the amount in controversy.

5.      Donahue also alleges that he had an implied contract of employment with UMMC, which the hospital violated by treating him differently and terminating him because of his race. (*Id*. at ¶¶36-41) This claim is so related to his claims under Title VII and Section 1981 that they form part of the same case, and the Court has supplemental jurisdiction over it under 28 U.S.C. § 1367. This is Donahue's only state-law claim. The Court thus has original and supplemental jurisdiction over all claims he asserts.

6.      This Notice is filed timely under 28 U.S.C. § 1446 because UMMC was served less than 30 days ago. Venue is also proper in the United States District Court for the Southern District of Mississippi, Northern Division, because the state court action is pending in this district and division. (28 U.S.C. § 1446(a))

7.      Copies of all documents served on UMMC in this action are included in Exhibit A. Also, a Notice of Filing and a copy of this Notice have been sent to counsel of record and will be filed with the Clerk of Court for the Circuit Court of Hinds County, Mississippi. A copy of the Notice of Filing is attached as Exhibit B.

8.      UMMC thus requests that this action, which is now pending in Hinds County Circuit Court, be removed to this Court and that the Court assume jurisdiction over it.

Dated: October 19, 2023.

Respectfully submitted,

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER

By Its Attorneys,

WATKINS & EAGER PLLC

By: s/Adam H. Gates

    Adam H. Gates

Adam H. Gates (MSB No. 102305)
Clifford B. Ammons, Jr. (MSB No. 102964)
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
(601) 965-1900
agates@watkinseager.com
ammonsjr@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I served a true copy of the Notice of Removal with the Clerk of the Court using the ECF system.

Dated:  October 19, 2023.

s/Adam H. Gates

    Adam H. Gates